# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| NADER STANFORD, on behalf of himself and all others similarly situated ) ) ) Plaintiff, ) ) v. ) ) SAMSUNG ELECTRONICS ) AMERICA, INC., ) ) Defendant. ) | Case No. 24-0114-CV-W-BCW |

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Samsung Electronics America, Inc.'s Motion to Dismiss (Doc. #14) is GRANTED and the complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted.

| | |
|---|---|
| August 20, 2024 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |