IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**AMENDED JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| NADER STANFORD, on behalf of himself and all others similarly situated | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 24-0114-CV-W-BCW<br>) |
| SAMSUNG ELECTRONICS AMERICA, INC., | )<br>)<br>) |
| Defendant. | ) |

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Samsung Electronics America, Inc.'s Motion to Dismiss (Doc. #14) is GRANTED. The complaint is DISMISSED WITH PREJUDICE, except to the extent that Plaintiff seeks injunctive relief under the MMPA. Because this Court lacks subject matter jurisdiction over Plaintiff's claim for injunctive relief under the MMPA, this remedy is REMANDED to the Circuit Court of Jackson County, Missouri, consistent with 28 U.S.C. § 1447(c).

| | |
|---|---|
| July 1, 2025 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |